# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Virginia M. Kendall is presiding in MDL 2867 (18 CV 6785, *In Re*: *Local TV Advertising Antitrust Litigation)*; and

It further appearing that the cases listed below are currently pending before their assigned judges; and

It further appearing that these cases fall within the scope of MDL 2867; therefore

It is hereby ordered that the Clerk is to reassign the cases listed below to the Hon. Virginia M. Kendall and Magistrate Judge Susan E. Cox.

| CASE | TITLE | ASSIGNED JUDGE |
|---|---|---|
| 18 CV 5555 | *Gibbons Ford, LP v. Gray Television, Inc. et al* | Lee |
| 18 CV 6114 | *Masseys Jewelers v. Tribune Media Company et al* | Kocoras |
| 18 CV 6190 | *Curb Appeal Madison LLC v. Gray Television, Inc. et al* | Leinenweber |
| 18 CV 6460 | *Holmen Locker & Meat Market v. Gray Television, Inc. et al* | Kennelly |
| 18 CV 6500 | *The Barnes Firm L.C. v. Hearst Communications, Inc. et al* | Blakey |
| 18 CV 6758 | *The Bon-Ton Stores, Inc. v. Sinclair Broadcast Group, Inc. et al* | Kennelly |
| 18 CV 6806 | *LM SAC, LLC et al v. Tribune Media Company et al* | Castillo |
| 18 CV 6914 | *Thoughtworx, Inc. v. Gray Television, Inc. et al* | Ellis |

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE:**

_____

Chief Judge Rubén Castillo

Dated at Chicago, Illinois this 6th day of November, 2018.