**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3**
**Eastern Division**

The Barnes Firm L.C.
           Plaintiff,

v.               Case No.: 1:18−cv−06500
               Honorable Virginia M. Kendall

Hearst Communications, Inc., et al.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 27, 2022:

  MINUTE entry before the Honorable Virginia M. Kendall. Pursuant to Docket 219 in 18 C 6785, case is voluntarily dismissed without prejudice. MDL member case terminated.Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.